PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER G. HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KENDALL M. REES, WA Bar No #20030
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young St., Mailroom 104
    Dallas, TX 75202
    Telephone: (214) 767-3757
    E-Mail: Kendall.rees@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WEIMORTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br><br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:21-cv-0565-DB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT; AND ORDER |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. to Remand; 2:21-cv-00565-DB

Defendant, reversing the final decision of the Commissioner. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

    Respectfully submitted this 21st day of January 2022.

Dated:  January 21, 2022      */s/ Jared Walker*
    Jared Walker
    Attorney for Plaintiff
    *Authorized via e-mail on January 21, 2022

    PHILIP A. TALBERT
    Acting United States Attorney

    CHRISTOPHER HARRIS
    Acting Regional Chief Counsel, Region VI
    Social Security Administration

By:      */s/ Kendall Rees*
    KENDALL REES
    Special Assistant United States Attorney

    Attorneys for Defendant

**ORDER**

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court shall enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 25, 2022      /s/ DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00565-DB